1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE FULLECIDO-REYNO; FREDDIE REYNO, Sui Juris; JFW ADULT RESIDENTIAL CARE, | CASE NO.10cv1899 WQH (AJB) |
| Claimants, | ORDER |
| DAVID WYNN-MILLER, Plenipotentiary Judge, | |
| Co-Claimant | |
| vs. | |
| SAND CANYON CORPORATION, as successor to Option One Mortgage Capital Corporation and Premier Trust Deeds Services, Inc.; FANNIE MAE CORPORATION, TS-Number CA-07-79964-JB, #19089622; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; MERS CORP.; MICHAEL BURNETT, ESQ & MATTHEWS, LLP; MICHAEL BURNETT, ESQ; DAVID OWEN; RICK HOFFMAN; CLAUDIA ADAMS; RONALD D. ROUP, ESQ; BRAD M. SIMON, ESQ; CYNTHIA LAICA, ESQ; G. GEOFFREY BARRY, ESQ; KIP LEE; MATTHEW WINTERS; JEFF WAGNER; CINDIE WILLIS; MARK KEIPER; JOSEPH MASSARO; GERALDINE VALDEZ, ESQ; W.L. ROSS; LARRY LITTON; JOHN STUMPF; JOSEPH CALTABELLOTTA; | |

| | |
|---|---|
| 1 | THOMAS G. ROCK; PATRICK MCCLAIN; JAMES E. ROHR; OPTION ONE MORTGAGE; CAPITAL MORTGAGE, C2935541; CT CORPORATION SYSTEMS; RESIDENTIAL FUNDING REAL ESTATE HOLDINGS, LLC; QUALITY LOAN SERVICE CORPORATION, C1613350; KEVIN R. MCCARTHY, ESQ; GRAND BANK, N.A.; CARNEGIE MORTGAGE, LLC; ORANGE COAST LINE, C0703360; MICHAEL M. KALUGER, JR ESQ; STEVE FERNANDO; OPTION ONE MORTGAGE CAPITAL CORPORATION, C2935541; MCCALLA RAYMER LAW GROUP, LLC; JEFFREY M. SCHWARTZ, ESQ, SB 25916; H&R BLOCK; ARGENT MORTGAGE COMPANY, LLC; TOWN AND COUNTRY TITLE SERVICES, INC.; UNIGROUP, INC.; UNITED VAN LINES, (Registered Agent: Jan Roby Alonzo); SULLIVAN MOVING & STORAGE,<br><br>                                  Vassalees. |

HAYES, Judge:

On February 3, 2011, this Court issued an Order dismissing the Complaint and stating:

> Plaintiffs may file a motion for leave to file an amended complaint within thirty days from the date of this Order. Plaintiffs must obtain a hearing date pursuant to the Local Rules of Civil Procedure before filing any motion. In the event no motion is filed, the Court will close the case.

(ECF No. 102 at 7).

On February 9, 2011, Plaintiffs filed a Motion "For the Summary-Fault-Judgment of the Vassalees'-Failure with the C.-S.-S.-C.-P.-S.-G.-Answering to the Clerk of this Document-Contract-Postal-Vessel-Court Within the Time-Limits of the 21-Days." (ECF No. 110 at 1) (emphasis omitted). The document contains a two-page caption, one page of text asserting "for the pleadings-syntax-corrections of the court-pleadings are with the fault judgment against these vassalees by these claimants," and twenty-one pages of "Proof of Service & Declaration of server." *Id*. at 3-4 (emphasis omitted).

1    To date Plaintiffs have failed to file a motion for leave to file an amended complaint. Accordingly, the clerk shall close the case. Plaintiffs' Motion "For the Summary-Fault-Judgment of the Vassalees'-Failure with the C.-S.-S.-C.-P.-S.-G.-Answering to the Clerk of this Document-Contract-Postal-Vessel-Court Within the Time-Limits of the 21-Days" is DENIED as moot. (ECF No. 110).

DATED: March 4, 2011

                              **WILLIAM Q. HAYES**
                              United States District Judge